UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RAHEEM H. MCMILLAN, et al.,            ) | |
|                                                                  ) | |
| Plaintiffs,            ) | |
|                                                                  ) | |
| v.                                                              ) | No. 2:23-cv-00056-JPH-MJD |
|                                                                  ) | |
| WILLIAM GARRISON, et al.,            ) | |
|                                                                  ) | |
| Defendants.            ) | |

**ORDER**

This matter is before the Court on Plaintiff's motion seeking to proceed in this case using a pseudonym. "Judicial proceedings are supposed to be open . . . in order to enable the proceedings to be monitored by the public. The concealment of a party's name impedes public access to the facts of the case, which include the parties' identity." *Doe v. City of Chicago*, 360 F.3d 667, 669 (7th Cir. 2004). Therefore "'the use of fictitious names is disfavored, and the judge has an independent duty to determine whether exceptional circumstances justify such a departure from the normal method of proceeding in federal courts.'" *Id.* at 669-70 (quoting *Doe v. Blue Cross & Blue Shield United of Wisconsin*, 112 F.3d 869, 872 (7th Cir. 1997)).

Plaintiff has presented no such exceptional circumstances here. Plaintiff states that he "will have to disclose intimate information about his minor child's sexual abuse, as well as Plaintiff's intimate information about his mental health." [Dkt. 4 at 1.] However, any such confidential, sensitive information can be protected from public view by filing it under seal in compliance with Local Rule 5-11. Further, the identity of minors is protected in federal court by the use of initials pursuant to Federal Rule of Civil Procedure 5.2. Plaintiff has correctly

referred to the minors in this case by only initials thus far, and all parties shall continue to do so in compliance with Rule 5.2.

Plaintiff has not demonstrated that it is appropriate to keep his identity confidential. Accordingly, his motion to proceed using a pseudonym, [Dkt. 4], is **DENIED**.

SO ORDERED.

Dated: 9 FEB 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Raheem H. McMillan
181901
New Castle Correctional Facility - Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, In 47362